

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      In re Jill Kathryn Arno Peterson

Appellate case number:    01-18-01029-CV

Trial court case number:  2018-43305

Trial court:              280th District Court of Harris County

    Relator Jill Kathryn Arno Peterson filed a motion for emergency relief.

    The motion is **DENIED**.

    It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                X  Acting individually    ☐ Acting for the Court


Date:  November 21, 2018